# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALLOC, INC. | |
|     Plaintiff, | |
| v. | Case No.: 02-C-1266 (RTR) |
| UNILIN DÉCOR N.V. and UNILIN BEHEER B.V., | |
|     Defendants, | |
| v. | |
| BERRY FLOOR N.V., BERRY FINANCE, N.V. and ARMSTRONG WORLD INDUSTRIES, INC. | |
|     Counterclaim Defendants. | |
| UNILIN DÉCOR N.V. and UNILIN BEHEER B.V., | |
|     Plaintiffs, | |
| v. | Case No.: 03-C-342 (RTR) |
| VÄLINGE ALUMINIUM AB, ALLOC, INC., and BERRY FLOOR N.V. | |
|     Defendants. | |
| UNILIN BEHEER B.V., and UNILIN DÉCOR N.V. | |
|     Plaintiffs, | |
| v. | Case No.: 04-C-121 (RTR) |
| VÄLINGE ALUMINIUM AB, ALLOC, INC., BERRY FINANCE N.V., and ARMSTRONG WORLD INDUSTRIES, INC. | |
| Defendants. | |

## **ORDER**

BASED upon the parties' June 9, 2005, Confidentiality Stipulation and good cause having been shown, the terms of that Stipulation are hereby entered as the protective order in this case.

Dated this 10th day of June, 2005.

BY THE COURT

s/ Rudolph T. Randa
Hon. Rudolph T. Randa
Chief Judge