# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ALLOC, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | Case No.: 02-C-1266 (RTR) |
| | ) | |
|     v. | ) | |
| | ) | |
| UNILIN BEHEER B.V., and | ) | |
| FLOORING INDUSTRIES LIMITED | ) | |
| | ) | |
|     Defendants, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| BERRY FLOOR, N.V., and | ) | |
| ARMSTRONG WORLD INDUSTRIES, INC. | ) | |
| | ) | |
|     Counterclaim Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| UNILIN BEHEER B.V., | ) | |
| FLOORING INDUSTRIES LIMITED, and | ) | |
| BHK of AMERICA, INC. | ) | Case No.: 03-C-342 (RTR) |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| VALINGE ALUMINUM, AB; ALLOC INC., and | ) | |
| BERRY FLOOR N.V. | ) | |
| | ) | |
|     Defendants, | ) | |
| | ) | |

| | |
|---|---|
| UNILIN BEHEER B.V., and ) | |
| FLOORING INDUSTRIES LIMITED ) | |
| ) | Case No.: 04-C-121 (RTR) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| VÄLINGE ALUMINUM, AB; ALLOC INC.; ) | |
| BERRY FLOOR N.V., and ARMSTRONG WORLD) | |
| INDUSTRIES, INC. ) | |
| ) | |
| Defendants ) | |

## ORDER OF DISMISSAL

The Court having jurisdiction over this matter, and Unilin Beheer B.V., Flooring Industries Limited and BHK of America, Inc. (collectively, "Unilin Parties"), and Armstrong World Industries, Inc. ("Armstrong") having entered into a settlement agreement dated June 13, 2007, and having agreed to settle the claims and counterclaims now pending against each other in the above-captioned consolidated cases,

**IT IS HEREBY ORDERED** that all claims and counterclaims by any of the Unilin Parties against Armstrong, and any counterclaims by Armstrong against the Unilin Parties, now pending in the above-captioned cases shall be dismissed with prejudice in accordance with the terms of the settlement agreement dated June 13, 2007, and without costs to any of those parties. Each of the above-captioned consolidated cases shall be closed.

Dated at Milwaukee, Wisconsin, this 2nd day of July, 2007.

**BY THE COURT:**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**